CLARK HILL PLLC
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY KEITH and STEVEN KEITH,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and FREEDOM MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 2:22-cv-00059-RFB-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 10, 2022 through and including March 3, 2022. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

. . .

. . .

| | | |
|---|---|---|
| DATED:  February 3, 2022 | | Respectfully submitted, |
| | | CLARK HILL PLLC |
| | | By: */s/ Gia N. Marina* |
| | | Gia N. Marina |
| | | Nevada Bar No. 15276 |
| | | CLARK HILL PLC |
| | | 3800 Howard Hughes Parkway |
| | | Suite 500 |
| | | Las Vegas, NV 89169 |
| | | Tel: (702) 862-8300 |
| | | Fax: (702) 862-8400 |
| | | Email: gmarina@clarkhill.com |
| | | Attorneys for Defendant |
| | | EQUIFAX INFORMATION SERVICES LLC |

DATED:  February 3, 2022        Respectfully submitted,

PRICE LAW GROUP, APC

By: */s/ Steven A. Alpert*

Steven A. Alpert
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89110
Tel: (702) 794-2008
Email: alpert@pricelawgroup.com

Attorneys for Plaintiffs
TIFFANY KEITH and STEVEN KEITH

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: February 4, 2022

2

JOINT MOTION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER

79138227v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I presented the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:   /s/ Gia N. Marina
      Gia N. Marina
      Attorney for Defendant
      Equifax Information Services LLC