Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
kln@slwlaw.com
and
Gregg D. Stevens, Esq. (*Pro Hac Vice* forthcoming)
McGLINCHEY
6688 N. Central Expressway, Ste 400
Dallas, TX 75206
Tel (214) 445-2406
Fax (214) 594-2197
gstevens@mcglinchey.com
Attorneys for Defendant
Freedom Mortgage Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY KEITH and STEVEN KEITH,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SYSTEMS, LLC; and FREEDOM MORTGAGE CORPORATION,<br><br>Defendants. | CASE NO.: 2:22-cv-00059-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FREEDOM MORTGAGE CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Tiffany Keith and Steven Keith ("Plaintiffs") and Defendant Freedom Mortgage Corporation ("Freedom"), by and through their respective undersigned counsel, hereby stipulate and agree that Freedom shall have an extension of time until March 8, 2022, in which to respond to Plaintiffs' complaint.

This is the first stipulation for extension of time to respond to the complaint. Nothing in

this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties. This Stipulation is made in good faith in an effort to enable Freedom fully explore the allegations in the complaint.

| DATED this 7th day of February, 2022. | DATED this 7th day of February, 2022. |
|---|---|
| SMITH LARSEN & WIXOM | PRICE LAW GROUP, APC |
| /s/ *Karl L. Nielson* <br> Karl L. Nielson, Esq. <br> Nevada Bar No. 5082 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> And <br> Gregg D. Stevens, Esq. <br> (*Pro Hac Vice* forthcoming) <br> McGLINCHEY <br> 6688 N. Central Expressway, Ste 400 <br> Dallas, TX 75206 <br> Attorneys for Defendant <br> Freedom Mortgage Corporation | /s/ *Steven A. Alpert* <br> Steven A. Alpert, Esq. <br> Nevada Bar No. 8353 <br> 5940 S. Rainbow Blvd., Suite 3014 <br> Las Vegas, Nevada 89118 <br> Attorneys for Plaintiffs, <br> Tiffany and Steven Keith |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February __7__, 2022

2