Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Tiffany and Steven Keith*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY KEITH and STEVEN KEITH,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and FREEDOM MORTGAGE CORPORATION,<br><br>Defendants. | Case No.: 2:22-cv-00059-RFB-DJA<br><br>**PLAINTIFF'S MOTION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiffs Tiffany and Steven Keith ("Plaintiffs"), by and through undersigned counsel, have conferred with Defendant Trans Union LLC ("Trans Union") through its corporate counsel, and agreed to permit Trans Union a fourteen-day extension of time through February 24, 2022, to file its responsive pleading. In support of the request, Plaintiffs state as follows:

1. Plaintiffs filed this action on January 12, 2022 (Doc. 1).

2. Trans Union was served with the Complaint on January 20, 2022 (Doc. 6).

3. Currently, Trans Union has through February 10, 2022, to answer or otherwise file a responsive pleading to the Complaint.

4. Plaintiffs' counsel has been in contact with Trans Union's corporate counsel and both parties are agreeable to a fourteen-day extension through February 24, 2022, for Trans Union to answer or otherwise plead.

- 1 -

5.  The requested extension will allow Trans Union sufficient time to investigate the matter and determine whether early resolution of this matter is feasible without the need for further litigation.

WHEREFORE, Plaintiffs respectfully requests that Defendant Trans Union LLC be granted an extension to answer or otherwise plead through February 24, 2022.

RESPECTFULLY SUBMITTED this 11th day of February 2022,

By: */s/ Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Tiffany and Steven Keith*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 14, 2022

- 2 -