# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY KEITH and STEVEN KEITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and FREEDOM MORTGAGE CORPORATION,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00059-ART-DJA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FREEDOM MORTGAGE CORPORATION** |

　　　Before the Court is the parties' Stipulation of Dismissal with Prejudice as to Defendant Freedom Mortgage Corporation. After careful review, and good cause appearing,

　　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　　The above-entitled matter is hereby dismissed with prejudice as to Defendant Freedom Mortgage Corporation.

　　　**IT IS SO ORDERED.**

　__June 24, 2022__　　　　　　　　　　　　　　　_[signature]_
　Dated　　　　　　　　　　　　　　　　　　　Honorable Anne R. Traum
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge